**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**WESTERN DIVISION**

**FREDERICK BANKS, #05711-068**                                                                      **PLAINTIFF**

**VERSUS**                                              **CIVIL ACTION NO. 5:09-cv-114-DCB-MTP**

**JOHN DOES, et al.**                                                                                       **DEFENDANTS**

## FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal. Pursuant to the Memorandum Opinion and Order issued this day, it is hereby,

ORDERED AND ADJUDGED that this cause be dismissed without prejudice for failure to comply with the Orders of this Court.

SO ORDERED, this the  9th   day of October, 2009.


                                              s/David Bramlette
                                              UNITED STATES DISTRICT JUDGE